UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ZELIA E. BROWN

CIVIL ACTION

VERSUS

NUMBER 07-931-FJP-DLD

ICF INTERNATIONAL D/B/A
ICF INCORPORATED, LLC OF
LOUISIANA


**ORDER**

The undersigned hereby exercises his prerogative as a Senior

Judge and declines to preside over this case.

Baton Rouge, Louisiana, December 11, 2007.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA


Doc#44923