UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ZELIA E. BROWN

VERSUS

ICF INTERNATIONAL D/B/A
ICF INCORPORATED, LLC
OF LOUISIANA

CIVIL ACTION

NO. 07-931-RET

## *RULING*

In this appeal, plaintiff seeks review of the magistrate judge's ruling of April 24, 2009.

In reviewing the magistrate judge's ruling in question, the court must decide whether the ruling constitutes clear error. 28 U.S.C. § 636(b)(1)(A). Having considered the magistrate judge's ruling on the issue in question, the court does not find any clear error. Accordingly,

IT IS ORDERED that the ruling of the magistrate judge dated April, 2009 is hereby AFFIRMED.

Baton Rouge, Louisiana, November   10   , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA